# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| MARSHA SENSENING, on behalf of herself and all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiff, | ) |
| v. | ) Case No. 16-CV-50022-FJK-IDJ |
| | ) |
| MERRICK PET CARE, et. al, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice that Plaintiff Marsha Sensenig hereby voluntarily dismisses all claims in this action without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1). Defendant has neither answered Plaintiffs' Complaint, nor filed a motion for summary judgment. Accordingly, Plaintiff may dismiss her claims in this action without prejudice and without an Order from the Court. This voluntary dismissal dismisses all claims in this action without prejudice.

Respectfully submitted,

/s/ John E. Norris_____
John E. Norris
One of the Attorneys for Plaintiffs

**OF COUNSEL:**
D. Frank Davis
John E. Norris
Wesley W. Barnett

Dargan Ware
Kristan B. Rivers
Davis & Norris, LLP
The Bradshaw House
2154 Highland Avenue South
Birmingham, Alabama 35205
Telephone: 205.930.9900
Facsimile: 205.930.9989
fdavis@davisnorris.com
jnorris@davisnorris.com
wbarnett@davisnorris.com
dware@davisnorris.com
krivers@davisnorris.com

Julie L. Simpson
Simpson Law Group
100 Illinois Street
St. Charles, IL 60174
Telephone: 630.797.2222
jsimpsons@simpsonlawgroup.net

<h1 style="text-align:center"><u>CERTIFICATE OF SERVICE</u></h1>

  I hereby certify that I have served a copy of the above and foregoing document on all counsel of record through the Court's Electronic Filing system on this the 16th day of June, 2016

        /s/ John E. Norris_____
        John E. Norris
        One of the Attorneys for Plaintiffs